1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   BROQUE A. ANDERSON,                  Case No. 5:21-cv-02168-JAK-KES
12          Plaintiff,
                                          ORDER ACCEPTING REPORT AND
13          v.                            RECOMMENDATION OF U.S.
                                          MAGISTRATE JUDGE
14   R. OREWYLER., et.al.,
15          Defendants.
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the

18   records and files herein, along with the Report and Recommendation of the United

19   States Magistrate Judge.  Further, the Court has engaged in a de novo review of

20   those portions of the Report and Recommendation to which objections have been

21   made.  The Court accepts the findings, conclusions, and recommendations of the

22   United States Magistrate Judge.

23          IT IS THEREFORE ORDERED that Plaintiff's official capacity claims are

24   dismissed from the Fourth Amended Complaint with prejudice.

25
26   Dated:  Sept. 21, 2022
27                                        _____
                                          John A. Kronstadt
28                                        United States District Judge