JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON, | Case No. 5:21-cv-02168-JAK-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. OREWYLER, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint is dismissed without prejudice but without leave to amend.

DATED:  October 20, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE